1  STEVEN G. KALAR
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant RICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3:16-MJ-70787 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DETENTION HEARING AND PRELIMINARY EXAMINATION** |
| ANTHONY RICE, | ) | |
| Defendant. | ) | |

The parties in this case agree and jointly request the Court to move the detention hearing and preliminary examination from July 22, 2016 at 9:30 a.m., to July 26, 2016 at 9:30 a.m. The reason for this request is that the parties have reached an agreement to a pre-indictment disposition by means of information, and pursuant to Fed. R. Crim. P. 5.1(d), an extension of time is appropriate.

SO STIPULATED:

DATED:   July 21, 2016          _____/s/_____
                                WILLIAM EDELMAN
                                Assistant United States Attorney


DATED:   July 21, 2016          _____/s/_____
                                ELIZABETH FALK
                                Attorney for Defendant Rice

STIPULATION & [PROPOSED] ORDER
Case No.: 16-MJ-70787

**[PROPOSED] ORDER**

For good cause shown, taking into account the public interest in the prompt disposition of criminal cases and pursuant to Fed. R. Crim. P. 5.1(d), the detention hearing and preliminary examination in this matter is rescheduled to July 26, 2016 at 9:30 a.m.

IT IS SO ORDERED.

DATED: July 21, 2016

_____
THE HONORABLE NANDOR VADAS
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER
Case No.: 16-MJ-70787